UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK ALLEN,

    Petitioner,

v.

PATRICK GLEBE,

    Respondent.

CASE NO. C08-928-TSZ

ORDER DISMISSING § 2254 PETITION

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas petition (Dkt. No. 8) is DISMISSED, with prejudice, under 28 U.S.C. § 2244(d).

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Tsuchida.

DATED this 16th day of March, 2009.

                                     /s/ Thomas S. Zilly
                                     Thomas S. Zilly
                                     United States District Judge

ORDER DISMISSING § 2254 PETITION